# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERRANCE JOHNSON, | : | Case No. 3:18-cv-00059 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

---

## ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 12), ADOPTING REPORT AND RECOMMENDATIONS (DOC. 11), AFFIRMING THE COMMISSIONER'S NON-DISABILITY DECISION, AND TERMINATING THIS CASE

---

This Social Security disability benefits appeal is before the Court on the Objections (Doc. 12) filed by Plaintiff Terrance Johnson ("Plaintiff") to Magistrate Judge Sharon L. Ovington's Report and Recommendations ("Report") (Doc. 11). Magistrate Judge Ovington recommended that the Administrative Law Judge's non-disability decision be affirmed. Plaintiff filed Objections (Doc. 12) to the Report, and the Commissioner responded to the Objections (Doc. 13). This matter is therefore ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 12) to the Report are not well-taken and are **OVERRULED**. The Court **ADOPTS** the Report (Doc. 11) and rules as follows:

1. The Commissioner's non-disability finding is supported by substantial evidence in the record and is **AFFIRMED**; and

2. This case is **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, May 6, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE